### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: | |
| **ZACHAIR, LTD.,** | **Case No. 20-10691-LSS** |
| **Debtor.** | **(Chapter 11)** |
| **LAWRENCE A. KATZ, Plan Administrator,** | |
| **Plaintiff** | |
| **v.** | **Adversary Proceeding 23-00014** |
| **NABIL J. ASTERBADI,** *et al.*, | |
| **Defendants.** | |

## MOTION FOR SUMMARY JUDGMENT
## AS TO MAUREEN ASTERBADI ON COUNT II

Defendant Maureen Asterbadi ("**Mrs. Asterbadi**"), through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court to enter a summary judgment for Maureen Asterbadi on Count II. As set forth in the accompanying Memorandum of Law and statement of undisputed facts, there is no genuine dispute as to any material fact, and all claims against Mrs. Asterbadi fail as a matter of law.

Accordingly, Mrs. Asterbadi is entitled to judgment as a matter of law on Count II and this Court should grant her Motion.[1] A proposed Order is filed herewith.

---

[1] Because Count II relates to the administration of the bankruptcy estate, this Motion is ripe for a final judgment by this Court. If, however, the Court finds that it is a non-core dispute, then Mrs. Asterbadi moves the Court for a report and recommendation dismissing Count II and reserves her rights related to this judgment.

Dated: November 3, 2023

Respectfully submitted,

/s/ Patrick Potter

Patrick Potter (D. Md. Bar No. 08445)
Cynthia Cook Robertson (D. Md. Bar No. 18083)
Meaghan Murphy (D. Md. Bar No. 20697)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone: 202-663-8000
Fax: 202-663-8007
patrick.potter@pillsburylaw.com
cynthia.robertson@pillsburylaw.com

*Attorneys for Defendant Maureen Asterbadi*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of November 2023, the foregoing Motion for Summary Judgment and the accompanying Memorandum of Law, Exhibits (if any), Declaration, and proposed Order were served by electronic filing the following counsel of record through the Court's electronic filing system:

Lawrence A. Katz
Kristen E. Burgers
Robert R. Vieth
Mihir Elchuri
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: lkatz@hirschlerlaw.com
        kburgers@hirschlerlaw.com
        rvieth@hirschlerlaw.com
        melchuri@hirschlerlaw.com

Steven L. Goldberg
MCNAMEE HOSEA P.A.
6411 Ivy Ln Suite 200
Greenbelt, MD 20770
Telephone: (301) 441-2420
Email: sgoldberg@mhlawyers.com

*/s/Patrick J. Potter*
Patrick J. Potter

3