# EXHIBIT 1

CERTIFICATE OF CORPORATE RESOLUTION

Resolution of the Board of Directors of
ZACHAIR, LTD.
(hereinafter the "Company")

On January 13, 2020, at a meeting of the Board of Directors of the Company, a corporation chartered under the laws of the State of Maryland, and with a principal place of business and address being 2726 Chain Bridge Road, N.W., Washington, D.C. 20016, or by unanimous written consent of the Board of Directors, in accordance with the law and the bylaws of the Company, the following resolutions were duly and legally passed and have not been revoked, altered or amended:

WHEREAS, the Board of Directors of the Company have unanimously determined that it is desirable and in the best interest of the Company, its creditors, stockholders, and/or members and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that the filing of the Company of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, or such other appropriate venue (the "Bankruptcy Court"), be, and hereby is, authorized and approved, and it is further

RESOLVED, that Nabil Asterbadi (the "Designated Representative") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Designated Representative shall determine; and it is further

RESOLVED, that the Designated Representative, and such other agent(s) as the Designated Representative and/or the Board of Directors of the Company shall from time to time designate (each a "Representative"), be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to retain the law firm Whiteford, Taylor & Preston L.L.P. to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative or agent shall approve; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to retain Streamline Advisors LLC to render financial services to the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative or agent shall approve; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 13th day of January 2020, the Directors of the Company have set their hand adopting the foregoing resolutions.

| NAME | TITLE | SIGNATURE |
|---|---|---|
| Nabil Asterbadi | Director and President | *[signed]* |
| Maureen Asterbadi | Director | *[signed]* |