IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>ZACHAIR, LTD.,<br><br>    Debtor.<br><br>LAWRENCE A. KATZ, Plan Administrator,<br><br>    Plaintiff<br><br>v.<br><br>NABIL J. ASTERBADI<br><br>and<br><br>MAUREEN ASTERBADI<br><br>    Defendants. | Case No. 20-10691-LSS<br><br>(Chapter 11)<br><br><br><br>Adversary Proceeding 23-00014<br><br>Jury Trial Demanded |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
AS TO COUNT II IN FAVOR OF MAUREEN ASTERBADI**

Upon consideration of Defendant Maureen Asterbadi's Motion for Summary Judgment as to Count II, any opposition thereto, Mrs. Asterbadi's Reply, and all supporting documents and the

record as a whole, it is, by the United States Bankruptcy Court for the District of Maryland hereby

**ORDERED**, that:

1. Defendant Maureen Asterbadi's Motion is **GRANTED**; and it is further

2. Count II of Plaintiff's Complaint is **DENIED WITH PREJUDICE AS TO MRS. ASTERBADI, AND THEREFORE DISMISSED AS TO HER**.

cc:   Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8928
Email:  patrick.potter@pillsburylaw.com

Cynthia Cook Robertson
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-9256
Email: cynthia.robertson@pillsburylaw.com

Lawrence A. Katz
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email: lkatz@hirschlerlaw.com

Kristen E. Burgers
HIRSCHLER FLEISCHER, P.C.
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email: kburgers@hirschlerlaw.com

Steven L. Goldberg
MCNAMEE HOSEA P.A.
6411 Ivy Ln Suite 200
Greenbelt, MD 20770
Telephone: (301) 441-2420
Email: sgoldberg@mhlawyers.com

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

**END OF ORDER**