**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| *In re:* | )<br>)<br>) Case No. 20-10691-TJC |
| ZACHAIR, LTD., | )<br>) Chapter 11 |
| Reorganized Debtor. | )<br>) |
| | ) |
| LAWRENCE A. KATZ, Plan Administrator<br>  for the Bankruptcy Estate of Zachair, Ltd., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Adv. Proc. No. 23-00014 |
| v. | )<br>) |
| DR. NABIL J. ASTERBADI, *et al*. | )<br>) |
| Defendants. | )<br>) |

**ORDER DENYING DEFENDANT MRS. ASTERBADI'S
MOTION FOR SUMMARY JUDGMENT AS TO COUNT II**

This matter came before the Court on the Motion for Summary Judgment as to Count II

("Motion") filed by Defendant Maureen Asterbadi; and the Court having considered the Motion,

2

any objections filed thereto, and the entire record herein; it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED that the Motion is DENIED.

cc: Lawrence A. Katz,
     Robert R. Vieth,
     Kristen E. Burgers,
     Steven L. Goldberg,
     Patrick J. Potter,
     Cythia C. Robertson,
     Meaghan Murphy,
     U.S. Trustee,
     All creditors and parties in interest

## END OF ORDER

16682625.1 047938.00001