Entered: August 15th, 2024
Signed: August 15th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| *In re:* | |
| ZACHAIR, LTD., | Case No. 20-10691-LSS |
| Reorganized Debtor. | Chapter 11 |
| | |
| LAWRENCE A. KATZ, Plan Administrator for the Bankruptcy Estate of Zachair, Ltd., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 23-00014 |
| DR. NABIL J. ASTERBADI, et al., | |
| Defendants. | |

### STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Lawrence A. Katz ("**Plan Administrator**"), formerly the Chapter 11 Trustee and now the plan administrator under the confirmed chapter 11 plan of Zachair, Ltd., having filed his Complaint [A.P. Docket No. 1] commencing this adversary proceeding (the "**Adversary**

**Proceeding**") on January 16, 2023; Defendants Dr. Nabil Asterbadi ("**Dr. Asterbadi**") and Maureen Asterbadi ("**Mrs. Asterbadi**") having filed their Answer to the Complaint [A.P. Docket No. 8] on March 10, 2023; and Dr. Asterbadi having filed his Amended Answer to the Complaint [A.P. Docket No. 19] on April 28, 2023; all matters raised in the Complaint, Answer, and Amended Answer having been resolved; and the parties having executed that certain Settlement Agreement effective as of July 1, 2024 (the "**Settlement Agreement**"); the Plan Administrator, Dr. Asterbadi, and Mrs. Asterbadi, by their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Bankruptcy Procedure 7041, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and their respective obligations and duties under the Settlement Agreement, to the dismissal of this Adversary Proceeding, with prejudice, each party to bear its own costs and attorneys' fees.

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Kristen E. Burgers (D. Md. Bar No. 30846)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
E-mail: kburgers@hirschlerlaw.com

*Counsel to the Plan Administrator for the Estate of Zachair Ltd.*

*/s/ Patrick J. Potter*
Patrick J. Potter (D. Md. Bar No. 08445)
Pillsbury Winthrop Shaw Pittman
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-8928
E-mail: patrick.potter@pillsburylaw.com

*Counsel to Maureen Asterbadi*

*/s/ Steven L. Goldberg*
Steven L. Goldberg (D. Md. Bar No. 28089)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
E-mail: sgoldberg@mhlawyers.com

*Counsel to Dr. Nabil Asterbadi*

cc: Lawrence A. Katz
      Kristen E. Burgers
      Patrick J. Potter
      Steven L. Goldberg

**END OF ORDER**

17457541.1 047938.00001